Tony Tolbert, et al.
　　　　　　　　　　Plaintiffs,

Court File Number
1:21-cv-04703-LMM

v.

The Salvation Army, a Georgia Corporation
　　　　　　　　　　Defendant,

**AFFIDAVIT OF SERVICE**

State of Georgia } SS
County of Dekalb }

I, _Kathryn Denise Rhodes_ (Name of Server), state that on

_11_/_19_/2021 at _11:22 AM_, I served the:
(Date of Service)　　(Time of Service)

Cover Letter; Summons, Complaint, & Exhibits; Standing order regarding civil litigation; Notice regarding FLSA cases; and Plaintiffs' Exhibit A regarding Electronically Stored Information

upon: The Salvation Army, a Georgia Corporation

therein named, personally at:　1424 Northeast Expressway
　　　　　　　　　　　　　　　　Atlanta, GA 30329

by handing to and leaving with:

[ ] the Registered Agent of The Salvation Army, a Georgia Corporation
[X] an Officer of The Salvation Army, a Georgia Corporation
[X] a Managing Agent, someone within The Salvation Army, a Georgia Corporation whose management capacity is such that (s)he exercises independent judgment and discretion

_Laura Benedetti_　　　　　　　　　　　　　　　_Human Resources_
(Name of the Person with whom the documents were left)　　(Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: _11_/_19_/2021　　　_Kathryn Denise Rhodes_
　　　　　　　　　　　　　　　　　(Signature of Server)

_KATHRYN DENISE RHODES_
(Printed Name of Server)

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # NICKAA 260884 3133

Re: 1:21-cv-04703



METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com