# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TONY TOLBERT, MICHAEL GRAVES, LYNN HANSEN, ROCKY HOLT, JONATHAN BROWN, and JEFFREY LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE SALVATION ARMY, a Georgia Corporation,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-047-03-LMM |

## CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER, DEFENSIVE PLEADINGS, AND/OR TO OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

**COME NOW** Plaintiffs and Defendant (collectively, "the Parties") and, pursuant to LR 7.1, NDGa, respectfully request an extension through and including January 7, 2022, for Defendant to file its Answer, defensive pleadings, and/or to otherwise respond to Plaintiffs' Complaint.

This lawsuit was filed on November 15, 2021, arises out of a claim under the FLSA, and contains 337 paragraphs. The Parties show that, in light of the holiday season and in order for Defendant to prepare an accurate and complete response to Plaintiffs' Complaint, additional time is needed through and including January 7,

2022. The additional time will further allow the Parties to explore the possibility of resolution, if applicable.

Accordingly, for good cause shown, the Parties jointly request that the time for Defendant to file its Answer, defensive pleadings, and/or to otherwise respond to Plaintiffs' Complaint in this case be extended through and including January 7, 2022. A proposed order is attached hereto.

Respectfully submitted this 13th day of December, 2021.

**NICHOLS KASTER, LLP**

*s/ Matthew C. Helland*
Matthew C. Helland (by Evan R. Mermelstein with express permission)
CA Bar No. 250451**
235 Montgomery St., Suite 810
San Francisco, CA 94104
415-277-7235 / 415-277-7238 (fax)
helland@nka.com

**\** admitted pro hac vice*

**AUSTIN & SPARKS, P.C.**
John T. Sparks, Sr.
Georgia Bar No. 669575
2974 Lookout Place NE Suite 200
Atlanta, GA 30305-3272
Email: jsparks@austinsparks.com
Phone: (404) 869-0100
Fax: (404) 869-0200

**NICHOLS KASTER, PLLP**
Charles J. O'Meara
MN Bar No. 0402777*
4700 IDS Center, 80 South 8th Street

Minneapolis, MN 55402
612-256-3200 / 612-215-6870 (fax)
comeara@nka.com

**JUSTICE CATALYST LAW**
Lucy B. Bansal
D.C. Bar No. MD06639*
Janet Herold
CA Bar No. 632479*
123 William Street, 16th Floor
New York, NY 10038
Tel: 518-732-6703
lbansal@justicecatalyst.org
jherold@justicecatalyst.org

ATTORNEYS FOR PLAINTIFFS

*pro hac vice applications forthcoming*

**LAW OFFICES OF EVAN R. MERMELSTEIN, LLC**

*s/ Evan R. Mermelstein*

Evan R. Mermelstein
Georgia Bar No. 502567
5665 Atlanta Highway, Suite 103-302
Alpharetta, GA 30004
Telephone: (678) 697-9578
Facsimile: (470) 239-7698
Evan@mermelsteinlaw.com

**CROWELL & MORING, LLP**
Thomas P. Gies
DC Bar No. 943340*
Andrew W. Bagley
DC Bar No. 447806*
Kimberley Johnson
CA Bar No. 317757*

1001 Pennsylvania Avenue NW
Washington, DC 20004
Direct: 202.624.2690 |
Fax: 202.628.5116
tgies@crowell.com
ABagley@crowell.com
KJohnson@crowell.com

ATTORNEYS FOR DEFENDANT

*pro hac vice applications forthcoming*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY TOLBERT, MICHAEL GRAVES, LYNN HANSEN, ROCKY HOLT, JONATHAN BROWN, and JEFFREY LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE SALVATION ARMY, a Georgia Corporation,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-047-03-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served all other parties in this action with a copy of the within and foregoing **CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER, DEFENSIVE PLEADINGS, AND/OR TO OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** and **ORDER** upon Plaintiffs' counsel of record to this matter by e-filing, addressed as follows:

| | |
|---|---|
| John T. Sparks, Sr.<br>AUSTIN & SPARKS, P.C.<br>2974 Lookout Place NE Suite 200<br>Atlanta, GA 30305-3272 | Charles J. O'Meara<br>NICHOLS KASTER, PLLP<br>4700 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402 |
| Matthew C. Helland<br>NICHOLS KASTER, LLP<br>235 Montgomery St., Suite 810 | Lucy B. Bansal<br>Janet Herold<br>JUSTICE CATALYST LAW |

San Francisco, CA 94104

123 William Street, 16th Floor
New York, NY 10038

Thomas P. Gies
Andrew W. Bagley
Kimberley Johnson
CROWELL & MORING, LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

I further certify pursuant to Rule 7.1 of the Local Rules for the Northern District of Georgia that this document has been prepared in "Times New Roman" font, 14 point, as required by Local Rule 5.1(C).

This 13th day of December, 2021.

**LAW OFFICES OF EVAN R. MERMELSTEIN, LLC**

*s/ Evan R. Mermelstein*

Evan R. Mermelstein
Georgia Bar No. 502567
5665 Atlanta Highway, Suite 103-302
Alpharetta, GA 30004
Telephone: (678) 697-9578
Facsimile: (470) 239-7698
Evan@mermelsteinlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY TOLBERT, MICHAEL GRAVES, LYNN HANSEN, ROCKY HOLT, JONATHAN BROWN, and JEFFREY LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE SALVATION ARMY, a Georgia Corporation,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-047-03-LMM |

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER, DEFENSIVE PLEADINGS, AND/OR TO OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

This matter is before the Court on a consent motion to extend the time for Defendant to file an Answer, defensive pleadings, and/or to otherwise respond to Plaintiffs' Complaint.

Upon the joint request of the parties, and for good cause shown, it is ORDERED that Defendant shall have through and including January 7, 2022 to file an Answer, defensive pleadings, and/or to otherwise respond to Plaintiffs' Complaint.

{Firm/9011/00007/00029887.DOCX.1}

SO ORDERED this _____ day of _____, 20\_\_.

_____
Hon. Leigh Martin May
United States District Court Judge