# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TONY TOLBERT, MICHAEL GRAVES, LYNN HANSEN, ROCKY HOLT, JONATHAN BROWN, and JEFFREY LOPEZ, <br><br> Plaintiffs, <br><br> v. <br><br> THE SALVATION ARMY, a Georgia Corporation, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:21-cv-047-03-LMM |

## ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER, DEFENSIVE PLEADINGS, AND/OR TO OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

This matter is before the Court on a consent motion to extend the time for Defendant to file an Answer, defensive pleadings, and/or to otherwise respond to Plaintiffs' Complaint.

Upon the joint request of the parties, and for good cause shown, it is ORDERED that Defendant shall have through and including January 7, 2022 to file an Answer, defensive pleadings, and/or to otherwise respond to Plaintiffs' Complaint.

{Firm/9011/00007/00029887.DOCX.1}

SO ORDERED this  13th  day of   December   , 2021 .

_____
Hon. Leigh Martin May
United States District Court Judge