UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY TOLBERT, MICHAEL GRAVES, LYNN HANSEN, ROCKY HOLD, JONATHAN BROWN, and JEFFREY LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE SALVATION ARMY, a Georgia Corporation,<br><br>Defendant. | **CASE NO. 1:21-CV-04703-LMM** |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules, the undersigned counsel of record for Defendant The Salvation Army ("Defendant") hereby submits Defendant's Certificate of Interested Persons and Corporate Disclosure Statement.

(1) The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all defendants in this action, including any

parent corporation and publicly held corporation that owns 10% more of the stock of a defendant:

**The Salvation Army, a Georgia Corporation**

(2) The undersigned further certifies that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiffs:**

AUSTIN & SPARKS, P.C.
John T. Sparks, Sr.
Georgia Bar No. 669575
2974 Lookout Place, N.E., Suite 200
Atlanta, Georgia 30305
404-869-0100 / 404-869-0200 (fax)
jsparks@austinsparks.com

NICHOLS KASTER, PLLP
Charles J. O'Meara
MN Bar No. 0402777*
4700 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
612-256-3200 / 612-215-6870 (fax)
comeara@nka.com

NICHOLS KASTER, LLP
Matthew C. Helland
CA Bar No. 250451*
235 Montgomery St., Suite 810
San Francisco, CA 94104
415-277-7235 / 415-277-7238 (fax)
helland@nka.com

JUSTICE CATALYST LAW
Lucy B. Bansal
D.C. Bar No. MD06639*
Janet Herold
CA Bar No. 632479*
123 William Street, 16th Floor
New York, NY 10038
Tel: 518-732-6703
lbansal@justicecatalyst.org
jherold@justicecatalyst.org

**For Defendant:**

LAW OFFICES OF EVAN R. MERMELSTEIN, LLC
Evan R. Mermelstein
Georgia Bar No. 502567
5665 Atlanta Highway, Suite 103-302
Alpharetta, GA  30004
Telephone:  (678) 697-9578
Facsimile:  (470) 239-7698
Evan@mermelsteinlaw.com

CROWELL & MORING LLP
Thomas P. Gies
Andrew Bagley
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
(202) 624-2500
ABagley@crowell.com
TGies@crowell.com

Date:  January 7, 2022

        Respectfully submitted,

        <u>/s/ Evan R. Mermelstein</u>
        Evan R. Mermelstein
        Law Offices of Evan R. Mermelstein, LLC
        5665 Atlanta Highway, Suite 103-302
        Alpharetta, GA 30004

        <u>/s/ Thomas P. Gies</u>
        Thomas P. Gies
        Andrew Bagley
        CROWELL & MORING LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, DC  20004
        (202) 624-2500
        ABagley@crowell.com
        TGies@crowell.com

        *Attorneys for Defendant The Salvation Army, a Georgia corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TONY TOLBERT, et al,** ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | **CASE NO. 1:21-CV-04703-LMM** |
| ) | |
| **THE SALVATION ARMY, a Georgia Corporation** ) | |
| ) | |
| *Defendant*. ) | |

**CERTIFICATE OF SERVICE AND CERTIFICATE OF
<u>COMPLIANCE WITH LOCAL RULE 5.1C</u>**

I HEREBY CERTIFY that on this day, I electronically filed **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| AUSTIN & SPARKS, P.C. | NICHOLS KASTER, PLLP |
| John T. Sparks, Sr. | Charles J. O'Meara |
| Georgia Bar No. 669575 | MN Bar No. 0402777* |
| 2974 Lookout Place, N.E., Suite 200 | 4700 IDS Center, 80 South 8th Street |
| Atlanta, Georgia 30305 | Minneapolis, MN 55402 |

| | |
|---|---|
| JUSTICE CATALYST LAW<br>Lucy B. Bansal<br>D.C. Bar No. MD06639*<br>Janet Herold<br>CA Bar No. 632479*<br>123 William Street, 16th Floor<br>New York, NY 10038 | NICHOLS KASTER, LLP<br>Matthew C. Helland<br>CA Bar No. 250451*<br>235 Montgomery St., Suite 810<br>San Francisco, CA 94104 |

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (C).

This 7th day of January, 2022.

                                            Respectfully submitted,

                                            <u>/s/ Evan R. Mermelstein</u>
                                            Evan R. Mermelstein
                                            Law Offices of Evan R. Mermelstein, LLC
                                            5665 Atlanta Highway, Suite 103-302
                                            Alpharetta, GA 30004