To:    Judge, Clerk of Court, and Counsel of Record

From:  John T. Sparks, Sr., Esq.

Re:    **Notice of Leave of Absence**

Date:  March 25, 2022

COMES NOW **John T. Sparks, Sr.** and respectfully notifies the Judge before whom he has cases pending, the affected Clerk of Court, and Opposing Counsel, that he will be on leave pursuant to Georgia Uniform Code Rule 16.

1. Applicant will be away from the practice of law for the purposes of CLE seminars and/or personal vacation on the following dates:

   **April 14 - 26, 2022**
   **May 4 - 10, 2022**
   **June 29- July 7, 2022**
   **August 31 – September 7, 2022**
   **September 9 – 21, 2022**
   **October 20 – 25, 2022**
   **November 22 – 29, 2022**
   **December 19 – 27, 2022**
   **December 30, 2022 – January 6, 2023**

2. The affected Judge and Opposing Counsel shall have ten days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

*/s/ John T. Sparks, Sr.*
John T. Sparks, Sr., Esq.
Bar No. 669575
2974 Lookout Place, NE, Suite 200
Atlanta, GA 30305-3272
(404) 869-0100

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing Notice of Leave of Absence upon the Judge, Clerk and Opposing Counsel listed on the attached Exhibit A, by depositing the same in the U.S. Mail with adequate postage affixed thereto or via the Court's electronic mail system.

This 25th day of March 2022.

                                              AUSTIN & SPARKS, P.C.

                                              By:    */s/ John T. Sparks, Sr.*
                                                          John T. Sparks, Sr.
                                                          Georgia Bar No. 669575

# EXHIBIT A

| | | |
|---|---|---|
| *Altshuler v. Fraser*<br>CAFN: 21CV3383 | Clerk of Court<br>Superior Court of DeKalb County | Carrie L. Christie, Esq.<br>John R. Hooven, Esq.<br>Rutherford & Christie, LLP<br>clc@rclawllp.com<br>jrh@rclawllp.com |
| *Calloway v. Fillingim*<br>CAFN: 21EV003045 | Clerk of Court<br>State Court of Fulton County | Matthew W. Carlton, Esq.<br>Carlton Law, LLC<br>mcarlton@carlton-law.com |
| *BHG CB TL1, LLC v. Cronin*<br>CAFN: 21-A-3479 | Clerk of Court<br>State Court of Cobb County | Christopher J. Diwan, Esq.<br>Diwan Law, LLC<br>chris@diwanlaw.com |
| *Pinnacle Bank (Corp) (TN) v. Ofori*<br>CAFN: 2021SV-0615 | Clerk of Court<br>State Court of Fayette County | Henry O. Ofori, *pro se*<br>27 Prestwick Court<br>Peachtree City, GA 30269 |
| *Curtis v. Barrios*<br>CAFN: 22100874 | Clerk of Court<br>Superior Court of Cobb County | G. Roger Land, Esq.<br>Mitchell Graham, Esq.<br>grlaw@lawnet.org<br>mitchell@lawnet.org |
| *Golf Travel v. Mullins*<br>CAFN: 1:21-cv-00063 | Clerk of Court<br>United States District Court<br>Southern District of Georgia<br>Augusta Division | Tameka Haynes, Esq.<br>Randolph Frails, Esq.<br>Frails & Wilson LLC<br>thaynes@frailswilsonlaw.com<br>randyfrails@frailswilsonlaw.com |
| *Hayes v. Hope Haven*<br>CAFN: 21CV0342 | Clerk of Court<br>Superior Court of Jackson County | Garrett Meader, Esq.<br>Drew, Eckl & Farnham, LLP<br>meaderg@deflaw.com |
| *M3 Accounting Services, Inc. v. Dean, et al.*<br>CAFN: 2:18-cv-00246 | Clerk of Court<br>US District Court for the Northern District of Georgia | Jason A. Morris, Esq.<br>Walter H. Bush, Esq.<br>Amanda D. Proctor, Esq.<br>Carlton Fields Jorden Burt, P.A.<br>jmorris@carltonfields.com<br>wbush@carltonfields.com<br>aproctor@carltonfields.com |
| *Pitman, as Trustee of the David and Beverly Pitman Revocable Trust v. Lepley*<br>CAFN: 21CV-0300-2 | Clerk of Court<br>Superior Court of Forsyth County | Viraj P. Deshmukh, Esq.<br>J. Patrick O'Brien, Esq.<br>Thompson, O'Brien, Kemp & Nasuti, P.C.<br>pobrien@tokn.com<br>vdeshmukh@tokn.com |

# EXHIBIT A

| | | |
|---|---|---|
| *Baker v. The Anthem Companies, Inc.*<br>CAFN: 1:21-cv-4866 | Clerk Of Court<br>US District Court for the Northern District of Georgia | Brett C. Barlett, Esq.<br>Kevin M. Young, Esq.<br>Lennon B. Haas, Esq.<br>Seyfarth Shaw LLP<br>bbartlett@seyfarth.com<br>kyoung@seyfarth.com<br>lhaas@seyfarth.com |
| *Tolbert, et al. v. The Salvation Army*<br>CAFN: 1:21-cv-04703 | Clerk of Court<br>US District Court for the Northern District of Georgia | Evan R. Mermelstein<br>Law Offices of Evan R. Mermelstein, LLC<br>evan@mermelsteinlaw.com<br><br>Thomas P. Gies, Esq.<br>Andrew W. Bagley, Esq.<br>Crowell & Moring LLP<br>tgies@crowell.com<br>abagley@crowell.com |
| *Powell, et al. v. Stonepark of Dunwoody Unit Owners Association*<br>CAFN: 22EV001770 | Clerk of Court<br>State Court of Fulton County | |
| *Talboy v. Dukes*<br>CAFN: 2021CV349741 | Clerk of Court<br>Superior Court of Fulton County | J. Carole Thompson Hord, Esq.<br>Schreeder, Wheeler & Flint, LLP<br>chord@swfllp.com |
| *Estate of Lizzie Whitehead v. JP Morgan Chase Bank*<br>CAFN: 22A00621 | Clerk of Court<br>State Court of DeKalb County | Samuel S. Woodhouse, Esq.<br>Woodhouse LLC<br>swoodhouse@woodhouselawfirm.com |